**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY** 24- 1136

**UNITED STATES OF AMERICA**
**v.**

**DARRELL G. EVANS**

**Magistrate Case No. E2065708 (Class A)**

**COMPLAINT**
**Offense on a Federal Reservation**

BEFORE the **Honorable Andrea Dechenne Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **14th day of June 2024**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**DARRELL G. EVANS** did commit:

Possession of Weapon on Federal Property in violation of 18 USC 930.

The name of the Complainant is **Luke D. Wilson.**

**LUKE D. WILSON, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 15TH DAY OF AUGUST 2024.**

**HONORABLE ANDREA DECHENNE BERGMAN**
**United States Magistrate Judge**

8/15/24 NK 10/17/24

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 6/14, 20 24 while exercising my duties as a law enforcement officer in the Federal District of New Jersey

Darrell Evans attempted to bring a Firearm onto a Federal Installation, in violation of 18 USC 930.

The foregoing statement is based upon:

- [ ] my personal observation
- [ ] my personal investigation
- [x] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/14/2024 [signature] 68113

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/08/2024 14:30